L. Cooper Overstreet #7-4996
Scott A. Homar #6-3092
Overstreet Homar & Kuker
Attorneys-at-Law
508 East Eighteenth Street
Cheyenne, Wyoming 82001
307.274-4444 telephone
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING
Case No.   19-cv-210-s

| | |
|---|---|
| JAMES DRUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALOTA SAND & GRAVEL, INC., | ) |
| DEPATCO, INC., and | ) |
| JAMES ROBERTS, Individually, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL OF DEPATCO, INC.

**COME NOW** the undersigned Counsel for the Parties and stipulate to the dismissal of

Depatco Inc. pursuant to F.R.C.P. 41(a)(1)(A)(ii).

**RESPECTFULLY** submitted this 25th of March 2020.

*/s/ L. Cooper Overstreet*
L. Cooper Overstreet, Counsel for Plaintiff

*/s/ Kathy Chaney*
Kathy Chaney, Counsel for Roberts and
Alota Sand & Gravel, Inc.

/s/ Cameron S. Walker
Cameron S. Walker, Counsel for Depatco
Inc.

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March 2020, the above document was served as follows:

Kathy Chaney
Eric D. Hevenor                                      [ X ] CMECF
Lambdin & Chaney, LLP                               [    ] Fax
4949 S. Syracuse Street, Suite 600                  [    ] Hand Delivered
Denver, CO 80237                                    [    ] Email
kchaney@lclaw.net
ehevenor@lclaw.net


Cameron S. Walker
Schwartz, Bon, Walker & Struder, LLC                [ X ] CMECF
141 South Center Street, Suite 500                  [    ] Fax
Casper, WY 82601                                    [    ] Hand Delivered
cam@schwartzbon.com                                 [    ] Email


                                        _/s/ L. Cooper Overstreet_____
                                        Overstreet Homar & Kuker

2