**FILED**



2:35 pm, 4/1/20

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

JAMES DRUSE

           Plaintiff,

vs.

ALOTA SAND & GRAVEL, INC., et al.

           Defendant.

Case Number: 19-CV-210-S

Interpreter Needed: No

Setting or Resetting: Setting

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Judge Rankin's Chambers | Kelly H. Rankin, Chief United States Magistrate Judge |
| | Date and Time: |
| | April 8, 2020 at 10:00 a.m. |

Type of Proceeding:

### TELEPHONIC STATUS CONFERENCE

All parties shall appear by telephone through the Court's conference call system.
Guests call: Toll Free 1-888-398-2342| Access code 3107456. | Join as guest Press # |Security code 1001#.

                                                                Margaret Botkins
                                                                 Clerk of Court

Dated this 1st day of April, 2020.              Zachary Fisher /s/
                                                                  Deputy Clerk

TO:

Counsel of Record

Court Reporter