L. Kathleen Chaney, Esq., #6-3211
Eric D. Hevenor, Esq., #6-4435
Lambdin & Chaney, LLP
4949 S. Syracuse St., Suite 600
Denver, Colorado 80237
(303) 799-8889 – Telephone
(303) 799-3700 – Facsimile
*Attorneys for Defendants Alota*
*Sand & Gravel, Inc. and James Roberts*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 DEC 21  PM 1:44

MARGARET BOTKINS, CLERK
CASPER

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING
### Case No. 19-CV-210-S

**JAMES DRUSE,**

        **Plaintiff,**

v.

**ALOTA SAND & GRAVEL, INC.,**
**JAMES ROBERTS, Individually**

        **Defendants.**

### ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter, having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court, being fully advised in the premises,

HEREBY ORDERS the Stipulation for Dismissal is GRANTED. All claims which were brought in the present action or could have been brought by James Druse against Alota Sand & Gravel, Inc. and/or James Roberts are hereby DISMISSED WITH PREJUDICE in their entirety, each party to bear its own costs and attorneys' fees.

SO ORDERED this 21st day of Dec 2020.

_____
United States District Court Judge